DORON WEINBERG (SBN 46131)
LAW OFFICES OF DORON WEINBERG
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile:  (415) 552-2703
doronweinberg@aol.com

Attorney for Defendant
TIERRE CRUMMIE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | **CASE NO. CR-12-616 YGR** |
|---|---|---|
| Plaintiff, | ) | **STIPULATION;** |
| | ) | (~~PROPOSED~~) **ORDER** |
| vs. | ) | |
| | ) | |
| TIERRE CRUMMIE, et. al., | ) | |
| | ) | **JUDGE:** Hon. Kandis A. Westmore |
| Defendants. | ) | **COURT:** 4, 3rd Floor |
| | ) | |

IT IS HEREBY STIPULATED by and between the United States of America, through Assistant United States Attorney Thomas M. Newman, and Defendant Tierre Crummie, through counsel Doron Weinberg, that, pursuant to the agreement reached between the parties and approved by Judge Yvonne Gonzales Rogers on September 6, 2012, the conditions of Defendant Tierre Crummie's pretrial release may be modified as follows: the United States Pretrial Services Office is authorized to permit Defendant Tierre Crummie to travel outside the Northern and Eastern Districts of California, as necessary for work-related purposes, subject to such terms and conditions as the U.S. Pretrial Services office shall determine are appropriate.

Dated:  October 1, 2012                MELINDA HAAG
                                       United States Attorney


                                       By: /s/ Thomas M. Newman
                                           THOMAS M. NEWMAN
                                           Assistant United States Attorney

///

Stipulation; (~~Proposed~~) Order
(No. CR-12-0616 YGR)

Dated: October 1, 2012            Respectfully submitted,

LAW OFFICES OF DORON WEINBERG


 /s/   Doron Weinberg
DORON WEINBERG
Attorney for Defendant
TIERRE CRUMMIE

**IT IS SO ORDERED:**

Dated: October 3, 2012                    HONORABLE KANDIS A. WESTMORE
Magistrate Judge, U.S. District Court

Stipulation; (~~Proposed~~) Order
(No. CR-12-0616 YGR)