1 STEVEN G. KALAR
Federal Public Defender
2 NED SMOCK
Assistant Federal Public Defender
3 555 - 12th Street, Suite 650
Oakland, CA 94607-3627
4 Telephone: (510) 637-3500

5 Counsel for Defendant GILARD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-616 YGR |
| Plaintiff, | ) ) | |
| v. | ) ) ) | STIPULATED REQUEST TO WAIVE DEFENDANT TONYA GILARD'S PERSONAL APPEARANCE AND ORDER |
| TONYA GILARD, EDRICK HARVEY, and TIERRE CRUMMIE. | ) ) ) | |
| Defendants. | ) ) ) | |

A status conference is scheduled in this case on February 22, 2013. Defendant Tonya Gilard is working at the Post Office in Antioch.[1] She is in a probationary status during which she is not allowed to miss work. She is scheduled to be at work on the afternoon of February 22, 2013. Accordingly, Ms. Gilard requests a waiver of the requirement that she be present at the February 22, 2013 status conference.

---

[1] In an earlier filing, defense counsel indicated that Ms. Gilard was working at Kaiser Hospital in Antioch. That was a misunderstanding on defense counsel's part.

Stipulated Waiver of Defendant Gilard's
Appearance, No. CR 12-616 YGR

The parties stipulate and agree to Ms. Gilard's absence as stated above and further agree that her personal presence may be waived for the upcoming February 22, 2013 status conference hearing.

DATED: February 19, 2013           /s/ Thomas Newman
                                         THOMAS NEWMAN
                             Assistant United States Attorney

DATED: February 19, 2013           /s/ Ned Smock
                                         NED SMOCK
                             Assistant Federal Public Defender
                                 Counsel for Defendant Gilard

# ORDER

Pursuant to the stipulation of the parties and based upon the reason stated therein, Ms. Gilard's personal appearance is waived for the February 22, 2013 status conference.

Dated: February 20, 2013

_____
HON. YVONNE GONZALEZ-ROGERS
United States District Judge

Stipulated Waiver of Defendant Gilard's
Appearance, No. CR 12-616 YGR      3