MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS M. NEWMAN (NYBN 4256187)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: thomas.newman2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EDRICK HARVEY, ) <br> ) <br> Defendant. ) <br> ) | No. CR-12-616-YGR <br><br> NOTICE OF DISMISSAL <br> AND ORDER |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses Defendant Edrick Harvey from the above-captioned indictment without prejudice.

DATED: April 16, 2013

Respectfully submitted,

MELINDA HAAG
United States Attorney

*/s/ J. Douglas Wilson for*

MIRANDA KANE
Chief, Criminal Division

NOTICE OF DISMISSAL (CR 12-616-YGR)

```
                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
                       SAN FRANCISCO DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-12-616-YGR |
| Plaintiff, ) | |
| ) | [proposed] ORDER |
| v. ) | |
| ) | |
| EDRICK HARVEY, ) | |
| Defendant. ) | |

IT IS ORDERED THAT leave is granted to the government to dismiss Defendant Edrick Harvey from the above-captioned indictment.

IT IS SO ORDERED.

Date: April 18, 2013

Yvonne Gonzalez Rogers
United States District Judge